UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In re:                                                             CASE NO.: 22-14338-SMG
**Reine Melchor Duarte**                                CHAPTER 7
XXX-XX-3481

_____Debtor_____/

## MOTION TO REINSTATE CASE
### (341 MEETING OF CREDITORS SCHEDULED FOR JULY 6$^{TH,}$ 2022)

**COMES NOW**, the Debtor, Reine Melchor Duarte, by and through the undersigned counsel, and files this Motion to Reinstate Case and in support thereof states as follows:

1. That this case was filed on May 31, 2022.

2. That this case was dismissed on the 24th day of June 2022 (ECF# 13) for failure to file Payment Advices.

3. That undersigned counsel inadvertently failed to upload the Payment Advices when with all other required documents were filed on June 20, 2022.

4. That undersigned counsel has filed the Payment Advices on June 24, 2022 (ECF# 14).

5. The granting of the relief requested will prejudice no party hereto.

WHEREFORE, the Debtor, Reine Melchor Duarte, respectfully requests that this Motion to Reinstate Case be granted by this Court.

Respectfully Submitted:
**CAVA LAW, LLC.**
Attorney for Debtor
1390 South Dixie Highway, Suite 1107
Coral Gables, FL 33146
T: (786) 675-6830
F: (786) 384-6909
_____/s/ FILED ECF_____

VANESSA C. ANGULO, ESQ.
FL Bar No: 109012

Mtn to reinstate/vca